UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TONYA WATKINS,

    Plaintiff,

vs.

GREENE METROPOLITAN HOUSING
AUTHORITY, et al.,

    Defendants.

Case No. 3:19-cv-179

Magistrate Judge Michael J. Newman
(Consent Case)

---

**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS (DOC. 14)**

---

This civil case is before the Court on Defendants' motion to dismiss. Doc. 14. The Court, having been advised by counsel for the parties that the case has settled, **DENIES** Defendants' motion as **MOOT**. Such denial is **WITHOUT PREJUDICE** to refiling said motion should settlement not be consummated.

    **IT IS SO ORDERED.**

Date:  January 30, 2020                    s/ Michael J. Newman
                                                              Michael J. Newman
                                                              United States Magistrate Judge